# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES V. REED,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH H. COLEMAN,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C10-1805MJP |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is adopted and approved.  The complaint and this § 1983 action are **DISMISSED** with prejudice for failure to state a claim on which relief can be granted.  See 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated March 2, 2011.

                  William M. McCool
                  Clerk of Court

                  s/Mary Duett
                  Deputy Clerk