UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES V REED,                                    CASE NO. 2:10-CV-01805-MJP

          Plaintiff,                              ORDER ON REFERRAL

    v.

JOSEPH H COLEMAN,

          Defendant.

       The Court has received and reviewed the Ninth Circuit Court of Appeal's Referral Notice (Dkt. No. 17) in this matter.  Plaintiff's case has been referred to the district court for the limited purpose of determining whether *in forma pauperis* status should continue for Plaintiff's appeal. The Court is mindful of the admonition contained in 28 U.S.C. § 1915(a)(3): "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."

       It is the finding of this Court that there is no merit to the legal position taken by Plaintiff in this § 1983 complaint and that Plaintiff's appeal is not taken in good faith.  Therefore,

       IT IS ORDERED that Plaintiff's *in forma pauperis* status is REVOKED.

1    The clerk is ordered to provide copies of this order to all counsel.

2    Dated this 1st day of April, 2011.

3

4

5    Marsha J. Pechman
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON REFERRAL- 2