1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
9                    AT SEATTLE

10   CHARLES V REED,                          CASE NO. 2:10-CV-01805-MJP

11                    Plaintiff,              ORDER ON MOTION TO
                                              FORWARD RECORD ON APPEAL
12        v.

13   JOSEPH H COLEMAN,

14                    Defendant.

15

16          The Court has reviewed Plaintiff's Motion to Forward the Complete Record on Appeal to

17   Court of Appeals (Dkt. No. 14).

18          IT IS ORDERED that the motion is DENIED.

19          The Clerk of the Court transmits District Court records to the Ninth Circuit Court of

20   Appeals upon request from the appellate court.  Except in unusual circumstances where there are

21   only paper records (e.g., state administrative records), the Court of Appeals has direct access to

22   the records of this Court through the CM/ECF electronic records system.

23

24

ORDER ON MOTION TO FORWARD RECORD
ON APPEAL- 1

1    The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2    Dated this _14th_ day of April, 2011.

3

4

5    _____
     Marsha J. Pechman
6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON MOTION TO FORWARD RECORD
ON APPEAL- 2